**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**DIRECTV, INC.**                                                                                              **PLAINTIFF**

**vs.**                                                **1:03-CV-46 JMM**

**BILL GARRISON**                                                                                           **DEFENDANT**

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS

Plaintiff has filed a motion to voluntarily dismiss this case against Bill Garrison without prejudice. The Court finds that Plaintiff's motion[1] for non-suit should be, and hereby is, granted.

SO ORDERED this 15th day of August, 2005.

>                                                AT THE DIRECTION OF THE COURT
>                                                James W. McCormack, Clerk
>
>
>                                                By   /s/ Marge Higginbotham
>                                                                 Deputy Clerk

---

[1] Doc. #27